UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 21-CV-2156 (DSD/TNL)

OLENA KALICHENKO,

    Plaintiff,                            **PROPOSED ORDER**

v.

WARDEN M. STARR,

    Defendant.

Before the Court is Defendant's Unopposed Motion to Stay proceedings in *Kalichenko v. Starr*, No. 21-CV-2156 (DSD/TNL), until 30 days after the production by the Bureau of Prisons of redacted video recordings sought in the Amended Complaint, ECF No. 21, or by October 7, 2022, whichever is earlier.

**IT IS HEREBY ORDERED** that the proceedings in *Kalichenko v. Starr*, No. 21-CV-2156 (DSD/TNL), are stayed accordingly. Defendant's responsive pleading must be filed within 30 days of the date on which the redacted video recordings are mailed or transmitted to Kalichenko's diplomatic representative as requested, or by October 7, 2022, whichever is earlier.

Dated: _____

                                                    _____
                                                    The Honorable Tony N. Leung
                                                    United States Magistrate Judge