UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 21-cv-2156-DSD-TNL

OLENA KALICHENKO,

    Plaintiff,

v.

WARDEN STARR,
FCI Waseca, Minnesota,

    Defendant.

**MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT**

The Defendant hereby moves the Court for dismissal of the Amended Complaint, as provided by Fed. R. Civ. P. 12(b)(6) or, in the alternative, for summary judgment pursuant to Fed. R. Civ. P. 56.

Said motion is based on the above-cited Rules, supporting declarations, exhibits, and memorandum of law in support.

Dated: October 7, 2022

ANDREW M. LUGER
United States Attorney

*s/ Kristen E. Rau*

BY: KRISTEN E. RAU
Assistant U.S. Attorney
Attorney ID No. 0397907
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Kristen.Rau@usdoj.gov
(612) 759-3180