UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 21-cv-2156-DSD-TNL

OLENA KALICHENKO,

      Plaintiff,

v.

**[PROPOSED] ORDER**

WARDEN STARR,
FCI Waseca, Minnesota,

      Defendant.

Upon consideration of the Defendants' Motion to Dismiss (Dkt. No. 43), **IT IS HEREBY ORDERED** that the Plaintiff's Amended Complaint in this action is dismissed, with each party to bear its own attorney's fees, costs, and expenses.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____

The Honorable Michael J. Davis
United States District Court Judge