UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Olena Kalichenko, | Case No. 21-cv-2156 (DSD/TNL) |
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| Warden M Starr, | |
| Defendant. | |

On October 7, 2022, Defendant Warden M Starr filed a Motion to Dismiss and/or for Summary Judgment, ECF No. 38. This motion has been referred to the undersigned for a report and recommendation pursuant to 28 U.S.C. § 636.

Briefing on the motion shall occur as follows:

1. **Plaintiff's response is due on or before November 7, 2022.**

2. **Defendant's reply is due on or before November 22, 2022.**

The motion will then be deemed submitted and the Court will issue its report and recommendation based on the papers, without a hearing.

All prior consistent orders remain in full force and effect. Failure to comply with any provision of this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys' fees and disbursements; waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits and other evidence; striking of

pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

**IT IS SO ORDERED.**

Date: October __17__, 2022                             *s/ Tony N. Leung*
                                                                         Tony N. Leung
                                                                         United States Magistrate Judge
                                                                         District of Minnesota


*Kalichenko v. M Starr*
Case No. 21-cv-2156 (DSD/TNL)