UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 21-2156 (DSD/TNL)

Olena Kalichenko,

    Plaintiff,

v.                                               **ORDER**

Warden M. Starr,

    Defendant.

    This matter is before the court upon the report and recommendation by United States Magistrate Judge Tony N. Leung dated July 5, 2023 (R&R). The R&R recommends dismissal of plaintiff Olena Kalichenko's complaint without prejudice. Plaintiff did not file a timely objection to the R&R, but later filed a letter directed to the magistrate judge accusing the Bureau of Prisons of taking documents from her file. Because plaintiff makes no objections regarding the R&R itself, it will be adopted in its entirety. Accordingly, based on the files and records, and no objections having been filed, **IT IS HEREBY ORDERED** that:

    1.   The R&R [ECF No. 52] is adopted;

    2.   The motion to dismiss and/or for summary judgment [ECF No. 38] is granted; and

3. Plaintiff's claims are dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 2, 2023

s/David S. Doty
David S. Doty, Judge
United States District Court